UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN LEE GARCIA, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-147 |
| ELEVADORES GOAIN, S.L., | § § § | |
| Defendant. | § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Lee Garcia dismisses all causes of action asserted against Defendant Elevadores Goain, S.L., who has not appeared, without prejudice.[1] (Notice of Dismissal, Doc. 54)  The Notice dismisses the referenced causes of action without court order.

Except as provided by any agreement among the parties, each party shall bear their own fees and costs.

The Clerk of Court is directed to close this matter.

Signed on May 2, 2022.

Fernando Rodriguez, Jr.
United States District Judge

---

[1] Plaintiff's Notice of Dismissal references Federal Rule of Civil Procedure 42(a)(1), which governs the consolidation of civil cases that involve a common question of law or fact.  The Court assumes that this is a typographical error meant to refer to the applicable Rule cited above.